**CITY OF VINITA PARK,
Plaintiff/Respondent,**

v.

**Ralph A. BURNS, Jr.,
Defendant/Appellant.**

**No. 70007.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 17, 1996.

Daniel L. Goldberg, St. Charles, for Defendant/Appellant.

Nathan S. Cohen, St. Louis, for Plaintiff/Respondent.

Before CRANE, P.J., and GERALD M. SMITH and KAROHL, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from judgments imposing fines upon jury convictions for municipal ordinance violations relating to the display of signs. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Herman BASS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 69704.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 17, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).